UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHANIE GEHM

                    Plaintiff,        : Civil Action No. 10-cv-1170 (DNH)

            v.

CAROLYN W. COLVIN,         : CONSENT ORDER TO AWARD
COMMISSIONER OF SOCIAL SECURITY,  : ATTORNEY FEES

                 Defendant.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,000 (six thousand dollars). Such award is made in full satisfaction of any claim for fees, costs and other expenses pursuant to the EAJA.

AND, the Court having reviewed this matter,

IT IS on this _24_ day of _April_, 2012;

ORDERED that Plaintiff be allowed an award under the Equal Access to Justice Act in the amount of $4,750 (four thousand seven hundred fifty dollars).

It is further agreed that fees are payable to Plaintiff. It is further

ORDERED that the within matter, be and hereby is, DISMISSED with prejudice.

                                     HON. David N. Hurd
                                     United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                                     RICHARD S. HARTUNIAN
                                     United States Attorney

By: s/
Tomasina Digrigoli
Special Assistant U.S. Attorney
Attorney for Defendant
c/o Social Security Administration Office of
General Counsel 26 Federal Plaza, Room 3904
New York, New York 10278
Elizabeth.Rothstein@ssa.gov

By: s/Peter A. Gorton
Peter A. Gorton
Lachman & Gorton
Attorney for Plaintiff
1500 East Main Street
P.O. Box 89
Endicott, New York 13760
lgattorneys@stny.rr.com